# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| JOHN SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:18-cv-02577-JPM-cgc |
| | ) |
| CHALAK RESTAURANTS CORDOVA LLC, | ) |
| | ) |
| Defendant. | ) |

___

## JOINT STIPULATION OF DISMISSAL
___

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby give notice to the Court that they have resolved this matter.  The parties therefore stipulate the case is dismissed with prejudice and each party will bear its own costs.

Respectfully submitted on January 14, 2019

Respectfully submitted,

/s/ Jennifer S. Rusie
Jennifer S. Rusie, TN #026009
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN  37219-2446
Telephone:  615.254.1900
Facsimile:  615.254.1908

Attorneys for Defendant
Chalak Restaurants Cordova LLC

          /s/ Bradley D. McAdory (w/permission)
          Pshon Barrett
          Bradley D. McAdory
          Attorneys for Disabled Americans Group LLC
          4001 Carmichael Road
          Suite 570
          Montgomery, AL  36116

          Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

   I hereby certify that on January 14, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

  Pshon Barrett
  Bradley D. McAdory
  L. Landis Sexton
  Tracy G. BirdSong
  Attorneys for Disabled Americans Group LLC
  4001 Carmichael Road, Suite 570
  Montgomery, AL  36106


          s/ Jennifer S. Rusie

              37021208.1