# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JOHN SMITH,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case 2:18-cv-2577-JPM-cgc** |
| ) | |
| **CHALAK RESTAURANTS CORDOVO LLC,** ) ) | |
| ) | |
|     **Defendants.** ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Joint Stipulation of Dismissal, filed on January 14, 2019 (ECF No. 20), and the Court having entered an Order of Dismissal (ECF No. 21),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITH PREJUDICE.

**APPROVED:**

  /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

  January 14, 2019
Date